UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-25995
SAHALADIEN SOLDANA )
 )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
Debtor(s) )

**Order Lifting Automatic Stay**

This matter coming before the Court for hearing on PARK AVENUE OF AURORA CONDOMINIUM ASSOCIATION'S Motion for Relief from Stay pursuant to section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, and the Court having jurisdiction of the subject matter and the parties and being fully advised,

IT IS HEREBY ORDERED THAT:

(1) PARK AVENUE OF AURORA CONDOMINIUM ASSOCIATION'S Motion for Relief from Stay is granted as set forth herein.

(2) The automatic stay imposed by 11 U.S.C. § 362 is modified to permit PARK AVENUE OF AURORA CONDOMINIUM ASSOCIATION to pursue non-bankruptcy remedies with respect to the real property located at 2367 Stoughton Circle, Aurora, Illinois 60502.

(3) The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 19, 2018

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446